# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENABLE MISSISSIPPI TRANSMISSION LLC., | ) ) ) |
| Plaintiff, | ) ) Case No. 3:23-cv-03317-JPG |
| v. | ) ) |
| LESERKA FAMILY REVOCABLE TRUST et al., | ) ) ) |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

The Court having received Motions for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  February 8, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
         Deputy Clerk

**APPROVED:**  *s/J. Phil Gilbert*
                          J. PHIL GILBERT
                          U.S. DISTRICT JUDGE